```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:                      │
│ DATE FILED:  9/18/09        │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

AURELIUS CAPITAL PARTNERS, LP                  :
and AURELIUS CAPITAL MASTER, LTD.,             :
                                               :
                    Plaintiffs                 :      No. 07 Civ. 2715 (TPG)
                                               :
                    -against-                  :
                                               :
THE REPUBLIC OF ARGENTINA,                     :
                                               :
                    Defendant.                 :
-------------------------------------------------------x

AURELIUS CAPITAL PARTNERS, LP                  :
and AURELIUS CAPITAL MASTER, LTD.,             :
                                               :      No. 07 Civ. 11327 (TPG)
                    Plaintiffs                 :
                                               :
                    -against-                  :
                                               :
THE REPUBLIC OF ARGENTINA,                     :
                                               :
                    Defendant.                 :
-------------------------------------------------------x

BLUE ANGEL CAPITAL I LLC,                      :
                                               :      No. 07 Civ. 2693 (TPG)
                    Plaintiff                  :
                                               :
                    -against-                  :
                                               :
THE REPUBLIC OF ARGENTINA,                     :
                                               :
                    Defendant.                 :
-------------------------------------------------------x

### [PROPOSED] ORDER TO EXTEND TIME FOR SERVICE OF WRITS OF EXECUTION PURSUANT TO FED. R. CIV. P. 69 AND N.Y. CPLR § 5232(A)

**WHEREAS** upon due consideration of the letter submitted by Patrick D. Bonner,

Jr., dated September 16, 2009, on behalf of Plaintiffs Aurelius Capital Partners, LP, Aurelius

Capital Master Ltd. and Blue Angel Capital I LLC (collectively "Plaintiffs") and upon all of the

memoranda of law, papers, pleadings, oral arguments, and prior proceedings in the above-captioned actions,

**IT IS HEREBY ORDERED THAT** the time for service or return of the writs of execution delivered to the U.S. Marshals Service on May 29, 2009 for service on Brown Brothers Harriman & Co. and Brown Brothers Harriman & Co., Inc., in the above-captioned cases, is hereby extended until November 23, 2009;

**IT IS FURTHER ORDERED THAT** the above extension is not intended to delay or hinder the prompt service of the above-referenced writs of execution on the garnishees; and

**IT IS FURTHER ORDERED THAT** the above extension will be permitted regardless of whether another execution against the same judgment debtor has been delivered to the U.S. Marshals Service and has not been returned, and without prejudice to the validity or priority of the writs of execution referenced herein.

SO ORDERED

Hon. Thomas P. Griesa, U.S.D.J.

Date:

9/18/09