UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

AURELIUS CAPITAL PARTNERS ET. AL

                          Plaintiff,

          – against –

REPUBLIC OF ARGENTINA,

                        Defendants.

------------------------------------------------x

**OPINION**

07 Civ. 2693
07 Civ. 2698

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/07/13

Please remove document 65 in case 07 Civ. 2698 and file the document in the case 07 Civ. 2693.

Dated: New York, New York
        March 7, 2013

                                                Thomas P. Griesa
                                               U. S. District Judge